

CV 12 80 277 MISC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

The Court is in receipt of Mr. Lakshminarasimha's criminal complaint. Because no citizen can file a criminal complaint, this matter shall be filed as a civil miscellaneous complaint and assigned a civil case number. No further action shall be taken by the Court until payment of the $46 filing fee is received from Mr. Lakshminarasimha. If no payment is made by December 31, 2012, this matter shall be dismissed sua sponte.

IT IS SO ORDERED.

Dated: 12/4/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In Re: Arkalgud
Lakshminarasimha

Case Number: CV 12-80277 MISC RS

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arkalgud Lakshminarasimha
227 Mabley Place
Cary, NC 27519.

Dated: December 4, 2012

Richard W. Wieking, Clerk

Corinne Lew
By: Corinne Lew, Deputy Clerk