**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LAKSHMINARASIMHA,

    Plaintiff,

  v.

JAMES COLE, et al.,

    Defendants.
_____/

No. 12-MC-80277 RS

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

    Mr. Lakshminarasimha filed a criminal complaint in this Court on December 4, 2012. Because no citizen can file a criminal complaint, he was instructed to re-file his grievance as a civil matter. Upon review of his amended complaint, styled as a civil matter, it appears the substantive allegations continue to contain only criminal claims. Accordingly, plaintiff is ordered to show cause why this case should not be dismissed. Further, before this case can proceed, plaintiff is instructed to affect service on the named defendants. Plaintiff's response to this Order shall be due within thirty (30) days of the date of this Order.

    IT IS SO ORDERED.

Dated: 12/20/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. 12-MC-80277 RS
ORDER