IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARKALGUD LAKSHMINARASIMHA, | No. MC 12-80277 RS |
| Plaintiff, | **ORDER DENYING REQUEST TO EXCEED PAGE LIMITATIONS** |
| v. | |
| JAMES COLE et al., | |
| Defendants. | |

Mr. Lakshminarasimha has filed a request to exceed the page limitations imposed on all motions filed in this Court. He has provided no compelling justifications as to why relief from the local rules is warranted in this case. Accordingly, the request to exceed the page limitations must be denied.

IT IS SO ORDERED.

Dated: 2/20/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE